# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-3699 |
| U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br>245 Murray Lane SW<br>Washington, DC 20528, | ) ) ) ) ) ) | |
| KRISTI NOEM, in her official capacity as<br>Secretary of Department of Homeland Security<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, DC 20528-0525, | ) ) ) ) ) ) | |
| MARCO A. RUBIO, in his official capacity as<br>Acting Archivist of the United States,<br>2201 C St. NW<br>Washington, DC 20520, | ) ) ) ) ) ) | |
| and | ) ) | |
| NATIONAL ARCHIVES AND RECORDS<br>ADMINISTRATION,<br>700 Pennsylvania Ave. NW<br>Washington, DC 20408, | ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## <u>DECLARATION OF DANIEL MARTINEZ</u>

## DECLARATION OF DANIEL MARTINEZ

I, DANIEL MARTINEZ, hereby declare as follows:

1.      I am Counsel at American Oversight. I make this declaration based on my personal knowledge, through consultation with my colleagues at American Oversight and a review of American Oversight's business records.

2.      On July 31, 2025, American Oversight (Plaintiff) submitted its Everglades Dentention Center Request, described in paragraph 39 of American Oversight's Complaint, ECF No. 1, to Defendant Department of Homeland Security (DHS).

3.      On August 5, 2025, Plaintiff received the letter from DHS stating it had received Plaintiff's Everglades Detention Center Request and assigned it tracking number 2025-HQFO-05730. A true and correct copy of that letter is attached to the Notice of Filing as Exhibit B.

4.      On Plaintiff's behalf, I promptly responded to DHS's letter on August 6, 2025, asking DHS to explain its response to part two of the Everglades Detention Center Request that DHS's "Privacy Office is unable to conduct a search of text messages beyond April 9, 2025, as text message data generated after that date is no longer maintained," Ex. B at 2. True and correct copies of my August 6, 2025 letter are attached to the Notice of Filing as Exhibit F at 16 and Exhibit G at 17.

5.      My letter also asked DHS to require the DHS senior officials listed in the Everglades Detention Center Request to conduct searches of their devices for responsive records. *See* Exs. F at 16 and G at 17.

6.      DHS has not provided Plaintiff with any further communication or FOIA determination concerning the Everglades Detention Center Request, nor has it provided any records responsive to that request.

1

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 20, 2025                  /s/ Daniel Martinez
                                          Daniel Martinez