# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>245 Murray Lane SW<br>Washington, DC 20528,<br><br><br>KRISTI NOEM, in her official capacity as Secretary of Department of Homeland Security<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, DC 20528-0525,<br><br><br>MARCO A. RUBIO, in his official capacity as Acting Archivist of the United States,<br>2201 C St. NW<br>Washington, DC 20520,<br><br>and<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br>700 Pennsylvania Ave. NW<br>Washington, DC 20408,<br><br>*Defendants.* | Case No. 1:25-cv-3699 |

## [PROPOSED] ORDER FOR PRELIMINARY RELIEF

1

UPON CONSIDERATION of American Oversight's Motion for a Preservation Order and for a Preliminary Injunction, it is hereby:

1. ORDERED that Plaintiff's Motion for Preservation Order is GRANTED; and it is further

2. ORDERED that Defendants Noem and Department of Homeland Security ("DHS") preserve all records that may be responsive to the six Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, requests that are the subject of this litigation; and it is further

3. ORDERED that Defendants Noem and DHS inform the Court within forty-eight hours of issuance of this order whether all records that may be responsive to any of the FOIA requests at issue in this case have been preserved to date; and it is further

4. ORDERED that Plaintiff's Motion for Preliminary Injunction is GRANTED; and it is further

5. ORDERED that Defendant DHS cease implementing its policy of "not maintain[ing]" text message data generated after April 9, 2025, and, pending resolution of this litigation, re-adopt in full the electronic records retention policy approved by NARA on August 7, 2025, unless and until the Acting Archivist approves an alternate records management program that provides, as required under the Federal Records Act ("FRA"), "effective control[] over the creation and over the maintenance and use of records," 44 U.S.C. § 3102(1), and "establish[es] safeguards against the removal or loss of records," *id*. § 3105; and it is further

6. ORDERED that Defendants Noem and DHS, as required under 44 U.S.C. § 3106(a), notify Acting Archivist Rubio of the actual, impending, or threatened unlawful removal, defacing, alteration, corruption, deletion, erasure, or other destruction of

records in the custody of the agency, and with the assistance of the Acting Archivist, initiate action through the Attorney General for the recovery of records that Noem knows or has reason to believe have been unlawfully removed from DHS;  and it is further

7. ORDERED that Defendants Rubio and NARA, as required under 44 U.S.C. § 3106(b), seek the assistance of the Attorney General to:

    a. initiate action for the recovery of records that Defendant Rubio knows or has reason to believe have been unlawfully removed from DHS;

    b. recover all text messages and related data "made or received" by DHS employees (including senior DHS officials) "in connection with the transaction of public business," 44 U.S.C. § 3301(a)(1)(A), that have been removed or destroyed or are at risk of removal or destruction; and

    c. prevent the actual, threatened, or impending removal or destruction of such messages and data; and it is further

8. ORDERED that Defendant Rubio notify Congress when that request has been made.

SO ORDERED.

DATE:_____                          _____

                                                United States District Judge