IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 25-cv-3699 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et. al.* | ) ) ) ) | |
| *Defendants*. | ) ) | |

# NOTICE OF CORRECTED FILING

Plaintiff American Oversight, through undersigned counsel, respectfully submits the attached Declaration regarding Corrected Exhibits 1 and 2, cited in its Motion for Preservation Order and Preliminary Injunction and supporting Memorandum of Law.

Dated: October 21, 2025

Respectfully submitted,

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
Jessica Jensen
D.C. Bar No. 1048305
Daniel Martinez
D.C. Bar No. 90025922
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
elizabeth.haddix@americanoversight.org
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 25-cv-3699 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et. al.* | ) ) ) ) | |
| *Defendants.* | ) ) | |

## DECLARATION OF ELIZABETH HADDIX

1. I am lead counsel for Plaintiff American Oversight in the above-captioned case.

2. Attached to this Notice and Declaration are corrected Exhibits 1 and 2, referenced in Plaintiff's Motion for Preservation Order and Preliminary Injunction and supporting Memorandum of Law, filed October 20, 2025. The exhibits filed yesterday were missing correct cover sheets, and Exhibit 1 was missing its Attachment. Those are the only changes made to the attached exhibits.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2025                                    Respectfully submitted,

                                                                                       */s/ Elizabeth Haddix*
                                                                                      Elizabeth Haddix