**Saini, Danielle (CTR)**
___

| | |
|---|---|
| **From:** | Office of the Chief Information Officer |
| **Sent:** | Thursday, February 20, 2025 9:15 AM |
| **Subject:** | Apple iMessage re-enabled and Records Management |
| **Attachments:** | Preserving Texts Photos and Videos on iOS.pdf; DHS Form EM 210_Attestation Form.pdf |



February 20, 2025

Colleagues,

As part of our commitment to maintaining robust cybersecurity defenses and transparency in our communications, every DHS employee must practice strong cybersecurity measures, protect DHS data, and adhere to records retention policies. Our mobile devices are significant targets for adversaries, so we must remain vigilant in their safe use.

If you have any questions about operating your mobile devices, archival of any records, or to report any suspicious activity on your devices, always, reach out to the HQ IT Service Desk at itsupport@hq.dhs.gov call 1-800-250-7911, access IT4me Self-Service Portal or the mobility support section Mobility Support Quick Reference Guide for help.

**Only use DHS devices for official business.** DHS IT and security personnel manage these devices to ensure their security. Your DHS devices should only be used with DHS-approved applications and software specifically vetted and managed to ensure their security. If you are required to send official communications outside of DHS, only use pre-approved collaboration applications from your DHS device.

**Avoid discussing DHS business or sensitive topics across unencrypted voice (phone) calls.** Instead of making traditional mobile phone calls, use DHS-approved collaboration platforms' audio, which provide a secure voice communication option such as Apple Facetime, Signal or Microsoft Teams.

**Avoid discussing DHS business or sensitive topics across unencrypted text messages.** Microsoft Teams and email should be the default means of secure communication. This method works for internal messaging with colleagues, as well as DHS partners and other Federal agencies. The use of Apple iMessage is now approved for use across the Department this does not eliminate a user's responsibility to manually back up their text messages appropriately.

**Records Management** All DHS employees must comply with the Federal Records Act and DHS policies regarding electronic messages, including chat, text, or instant messages. In 2022, DHS introduced the Electronic Messaging Retention and Attestation Form (DHS EM 210), requiring employees to certify that all Federal records on mobile devices are preserved before departure or issuance of a new device.

**What is a record?** "Includes all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them." (44 U.S.C. § 3301) If you have any questions, please contact dhsrecordsmanagement@hq.dhs.gov.

**Personal Usage** Consider implementing the Cybersecurity and Infrastructure Security Agency's guidance on ensuring secure mobile communication for your personal devices as detailed here: How to Communicate Securely on Your Mobile Device.

Very Respectfully

RADM Chris Bartz
Deputy Chief Information Officer
U.S. Department of Homeland Security
Office of the Chief Information Officer

2