# Quick Reference Guide



# Preserving Texts, Pictures, and Videos on iOS

## Purpose

This guide provides step-by-step instructions for preserving official business text messages and/or pictures and videos on an iOS device.

## Overview

Section 1: Taking and Emailing Screenshots on Your iOS Device
Section 2: Saving Screenshots to Your DHS Workstation

## Section 1: Taking and Emailing Screenshots on Your iOS Device

**Step 1.** From your home screen, open the **Messages** app

**Step 2.** Select the thread to capture. To take a screenshot on iPhone X (10) and later, press the **Up Volume** button and the **Power** button at the same time. For iPhone 8 and earlier, press the **Power** button and the **Home** button at the same time

**Step 3.** The screenshot will appear in the lower left corner of your screen. Repeat this process to capture the entire conversation





FOR OFFICIAL USE ONLY
Last Updated: 11/11/2020                                                                                           1

# Quick Reference Guide



**Step 4.** From your home screen, open the **Photos** app

**Step 5.** Select the **Albums** tab in the lower right of the screen, then scroll down and select **Screenshots**

**Step 6.** Tap on the **Select** option in the top right of the screen







**Step 7.** Tap on the screenshots you want to email, then select the **Upload** icon in the bottom left corner (a **blue checkmark** verifies that the photo has been selected)

**Step 8.** Select the **Outlook** icon to email the screenshots to yourself

**Step 9.** Enter your email address, then include the **name(s) of participants, date/time, and topic/theme** of the conversation in the email body. Select the **Send** arrow in the top right corner







FOR OFFICIAL USE ONLY
Last Updated: 11/11/2020

2

# Quick Reference Guide



## Section 2: Saving Screenshots to Your DHS Workstation

**Step 1.** From your DHS workstation, locate the email with the screenshots in your Outlook inbox



**Step 2.** Double click the email to open. Select the **File** tab at the top left of the window



FOR OFFICIAL USE ONLY
Last Updated: 11/11/2020                                                                                                    3

# Quick Reference Guide



**Step 3.** Select **Save as Adobe PDF**



**Step 4.** Save the email to your **PC**



FOR OFFICIAL USE ONLY
Last Updated: 11/11/2020                                                        4

# Quick Reference Guide



**Step 5.** Open the PDF and select the **Tools** tab at the top left of the screen, then select **Enhance Scans**



# Quick Reference Guide



**Step 6.** Select **Recognize Text,** then select **In This File**



**Step 7.** Select **Recognize Text**



**Congratulations! You have successfully preserved your texts; click on the links in your PDF to open each screenshot. This is not limited to just text screenshots—repeat this process to preserve any picture or video on your iOS device.**

FOR OFFICIAL USE ONLY
Last Updated: 11/11/2020

6