DEPARTMENT OF HOMELAND SECURITY
# ELECTRONIC MESSAGING RETENTION AND ATTESTATION

As an employee of the Department of Homeland Security, **you have a legal obligation to retain and preserve records** under the Federal Records Act, and DHS Management Directive 141-01.

Electronic messaging records can include but are not limited to:

- text messages (for example, SMS/MMS)
- messaging services available on mobile devices (for example, iMessage)
- messaging applications (for example, WhatsApp, Signal, etc.)
- social media messaging applications (for example, Facebook messenger, Twitter, etc.)

*\* Other forms of electronic records, such as emails and instant messages, will be addressed under other guidance and are not covered by this Retention and Attestation policy.*

**What's in this document**

This document provides:

- Guidance about whether information you have via electronic messaging needs to be retained or preserved.
- Step-by-step instructions for saving and storing electronic messaging records.
- An attestation that you have done your part to ensure that our Department remains in compliance with relevant authorities.

**How to use this document**

1. **Assess** whether you have created a Federal record that must be kept.
2. **Save** electronic messages as records by following the steps for taking and storing screenshots.
3. **Sign** the attestation and **save** a copy for yourself.
4. **Send the signed attestation** to the appropriate Records Liaison for your Component. (For a list of Component Records Liaisons or Records Offciers, see [Records and Information Management Professionals (dhs.gov)](#) *or* [Records Officers](#).)

**Note:** You are expected to exclusively use government equipment in the performance of your duties. If, however, you create government electronic messaging records on a personal device, you must also use the same steps in this document to capture and save the records.

## Step 1. Assess whether electronic messages need to be retained

Determine whether the messages on your DHS phone need to be captured and saved by going through the list below. *Check all the boxes that apply.*

- ☐ While conducting DHS (agency) business I created or received information through electronic messaging related to official business.
- ☐ The electronic message contains evidence of my Component or office's functions, policies, decisions, procedures, operation, mission, programs, projects, or activities.
- ☐ The electronic message came from someone outside of DHS, **but** it resulted in me making a formal comment or taking some sort of action related to my DHS role.
- ☐ The electronic message documents business actions like what happened/was decided, what advice was given, who helped make a decision, etc.
- ☐ The electronic message is an original document related to agency business that does not exist elsewhere.

If you checked **any box** above, your electronic messaging information might qualify as a record that you need to capture and store. **Go to Step 2.**

**OR**

- ☐ I'm still not sure. **Call your Component Records Liaison**. To find the name or contact information of your Records Liaison or Records Officer, see [Records and Information Management Professionals (dhs.gov)](#) *or* [Records Officers](#).

**OR**

- ☐ **None of the above**.
  → You **have not** created a record that needs to be retained. **Go to Step 3, read the attestation and sign.**

**Step 2. Save appropriate electronic messages as records**

To capture electronic messages and save them as records, take screen shots and then store those images by emailing them to yourself at your government email address.

(If you do not know how to take screenshots on your device, use the instructions at the end of this document or call your IT Help Desk.)

1. Find the messages on your phone that need to be captured and stored.
2. Take as many screenshots of the messages as you need to capture all of them.
3. For each record, on your phone, attach the images to an email.
4. In the body of the email, include this information for each record
   - the name(s) of participants in the electronic messaging exchange
   - date/time of the exchange
   - topic/theme of the conversation.
5. Send the email to your work email address.
6. From your work email inbox, open the email you sent yourself, save it as a PDF and name it "[FIRST INITIAL LAST NAME]_RECORDS] to a folder on your shared drive called RECORDS. (You may have to create this folder.) For example, kfrog_record.PDF.

**If you need detailed instructions about how to capture screens on your device or to send email to yourself**, use the instructions at the end of this document or call your IT Help Desk.

**Step 3. Attest to preserving electronic message records and save a copy for yourself**

*Check all that apply*. Save a copy of the signed page for yourself.
**I checked at least one box in Step 1** and I attest that each statement is true:

☐ I understand that I have electronic messages that may be Federal Records that must be preserved.

☐ For each electronic message qualifying as a Federal Record or requiring preservation for legal obligations, I ensured the steps above were completed fully and that the Department has access to these electronic records through my shared drive RECORDS file.

**OR    I did not check at least one box in Step 1** and I attest that both statements are true:

☐ I carefully reviewed my electronic messages against the list in Step 1 and determined that I do not have qualifying electronic messages that must be retained.

☐ If I had any questions about my obligations or how to retain or preserve records or information from electronic messaging, I got them answered by contacting the Help Desk or by contacting my Component Records Liaison.

☐ I understand that after I sign:
   - The Department will regard this form as evidence of my full understanding of and compliance with my recordkeeping and preservation responsibilities.
   - Evidence of non-compliance despite my signature could be subject to administrative action for current employees and/or referrals for any relevant statutory violations for outgoing or current employees.

You sign here:

X _____    Date: _____

**Step 4. Email this signed page to your Records Liaison or Records Officer**

- Save a copy of the signed page for yourself.
- Email the signed page to your Records Liaison. If you don't know the name or contact information of your Records Liaison or Records Officer, see Records and Information Management Professionals (dhs.gov) *or* Records Officers.

**Step-by-step instructions for capturing screens and storing them as records**

**For iPhones**, follow these steps to retain information:

1. Tap the electronic messaging icon (e.g., the "Messages" icon or icons for apps such as Signal, WhatsApp, etc.).
2. Select the thread where the electronic message to be retained or preserved is.
3. Take a screenshot of the electronic message to be retained:
   a. For iPhone X (10) or later models:
      Hold the **Up Volume** button and **Power** button at the same time
   b. For iPhone 8 and earlier models:
      Press the **Power** and **Home** buttons at the same time.
      If you don't know the model of iPhone you have, go to your **Settings** icon, select **General**, and then select **About**.
4. From your home screen, open your **Photos** app.
5. Select the **Albums** tab in the lower right of the screen, then scroll down and select **Screenshots**.
6. On the top right of the screen, select on the **Select** option.
7. Tap on the screenshots of the electronic images that you want to email. Each image you selected shows a **blue checkmark**.
8. In the bottom left corner, select the **Upload** icon.
9. Select **Outlook** to email the screenshots to yourself.
10. Enter your government email address, then in the body of the email include the name(s) of participants in the electronic messaging exchange, date/time of the exchange, and topic/theme of the conversation. When you're done documenting the conversation, select **Send**.
11. At your DHS workstation, locate the email with the screenshots in your Outlook inbox.
12. Double click the email to open and select the **File** tab.
13. Select **Save as Adobe PDF**.
14. Save the email to a folder in your Shared Drive marked as "[YOUR FIRST INITIAL AND LAST NAME]_RECORDS." For example: "JSmith_RECORDS"

**For Android devices**, follow these steps to retain information:

1. Open the electronic messaging icon (e.g., the "Messages" icon or icons for apps such as Signal, WhatsApp, etc.).
2. Select the thread where the electronic message to be retained or preserved is.
3. Take a screenshot of the electronic message to be retained or preserved by holding the **Down Volume** button and **Power** button at the same time. The screenshot will appear in the lower left corner of your screen. Repeat this process to capture the entire conversation.
4. From your work container, open **Outlook**.
5. Compose a new email and tap the **attach file icon** (paperclip).
6. Select **choose from photo library**.
7. In the top left corner, select **Images**.
8. Select the images you'd like to send. Each one selected appears with a yellow checkmark. Then tap on **Done**.
9. Enter your government email address, then in the body of the email include the name(s) of participants in the electronic messaging exchange, date/time of the exchange, and topic/theme of the conversation. When you're done documenting the conversation, select **Send**.
10. At your DHS workstation, locate the email with the screenshots in your Outlook inbox.
11. Double click the email to open and select the **File** tab.
12. Select **Save as Adobe PDF**.
13. Save the email to a folder in your Shared Drive marked as "[YOUR FIRST INITIAL AND LAST NAME]_RECORDS." For example: "JSmith_RECORDS"

**Still confused?** Contact your Records Liaison or call your IT Help Desk.