For iOS Devices



# WhatsApp Conversation Recordkeeping for iOS Devices

As an excepted WhatsApp user, you must maintain ALL communications on WhatsApp to assist in ensuring that the Department continues to meet its responsibilities in records management and records retention for legal purposes.

At the conclusion of a WhatsApp conversation, please follow the below steps to export the chat and email the record of that chat to yourself on your DHS email.

## Step-by-Step Instructions:

**Step 1.** To export your **WhatsApp** conversation to your DHS email for recordkeeping, first open the conversation that you would like to export.



DHS Employee Guide



For iOS Devices

---

**Step 2.**  Once you have opened the conversation, click on your contact's name/number at the top of the screen.



**Step 3.** This will bring up the **Contact Info** page. Scroll down on your iOS device.



DHS Employee Guide



For iOS Devices

**Step 4.** At the bottom of the **Contact Info** page you will see the **Export Chat** option. Select **Export Chat**.



**Step 5.** This will bring up another prompt asking if you would like to include media. Select **Attach Media**.



DHS Employee Guide



For iOS Devices

**Step 6.** You can now choose where you would like to send your conversation. For compliance purposes, the DHS requires users to send all **WhatsApp** conversations using **Outlook**. Select the **Outlook** app.



**Step 7. Outlook** will compose an email with a **.zip** attachment containing your **WhatsApp** conversation. In the **.zip** file, **WhatsApp** will export chats as **.txt** files, photos as **.jpg** files, and audio as **.opus** files. Email the file to your DHS email and store the record according to your organization's records management policy.



DHS Employee Guide