

For Android Devices

# WhatsApp Conversation Recordkeeping for Android Devices

As an excepted WhatsApp user, you must maintain ALL communications on WhatsApp to assist in ensuring that the Department continues to meet its responsibilities in records management and records retention for legal purposes.

At the conclusion of a WhatsApp conversation, please follow the below steps to export the chat and email the record of that chat to yourself on your DHS email.

## Step-by-Step Instructions:

**Step 1.** To export your **WhatsApp** conversation to your DHS email for recordkeeping, first open the conversation that you would like to export.



DHS Employee Guide



For Android Devices

---

**Step 2.** Once you have opened the conversation, click on the **three dots** at the top right of your screen. This will open the options tab.



**Step 3.** From the options tab, select **More**.



DHS Employee Guide



For Android Devices

---

Step 4. The **More** tab will open additional options for your conversation. Select **Export chat**.



Step 5. This will bring up a tab asking *how* you would like to send your **WhatsApp** chat. Select the **Microsoft Outlook** app.



DHS Employee Guide



For Android Devices

**Step 6.** **Outlook** will compose an email with attachments containing your **WhatsApp** conversation. For the attachments, **WhatsApp** will format chats as **.txt** files, photos as **.jpg** files, and audio as **.opus** files. Email the file to your DHS email and store the record according to your organization's records management policy.



DHS Employee Guide