**From:** DHS Employee Communications
**To:** Granger, Christopher
**Subject:** A Message from Chief Information Officer Antoine McCord on Signal App
**Date:** Monday, April 7, 2025 5:34:45 PM



**DHS Employee Communications**

April 7, 2025

**A Message from Chief Information Officer Antoine McCord on Signal App**

Colleagues,

Recent media coverage has focused on Signal as an app used on government mobile devices. We want to take this opportunity to remind DHS employees that **Signal is an approved app on government devices** that includes secure and valuable end-to-end message encryption.

When using Signal however, please remember the following:

- **All work-related communications and records are considered official government records and must be preserved, regardless of format.** As official government records, the most effective way to manage this requirement is to use only work devices for work-related activities. To the extent work messages appear on your personal device, you must preserve and transmit them to your work device, such as by taking screenshots and sending those screenshots to your DHS e-mail or forwarding the messages to your work device. This requirement includes the affirmative obligation to preserve all communications and information in Signal that is subject to preservation for litigation.
- Ensure any **auto-delete features are disabled** and ensure that you are **retaining all messages** on your DHS work device.
- **Remain vigilant.** Encryption does not prevent "phishing" scams or impersonation – where a hacker pretends to be someone they are not.
- **Do not use Signal to transmit classified information.** The standard protocols for classified information remain in effect and the fact that Signal includes robust end-to-end encryption does not alter those requirements.

If you have any questions please call 1-800-250-7911, or email itsupport@hq.dhs.gov.

Sincerely,

Antoine McCord
Chief Information Officer

*With honor and integrity, we will safeguard the American people, our homeland, and our values.*

Connect with DHS:

Facebook | Twitter | Instagram | LinkedIn | Flickr | YouTube

U.S. Department of Homeland Security
www.dhs.gov

This email was sent to chris.granger@hq.dhs.gov on behalf of the U.S. Department of Homeland Security Employee Communications | DHS.gov
Please do not reply to this message. It was sent from an unattended mailbox.