# Electronic Messaging Retention and Attestation

Departmental guidance requires all employees to acknowledge their responsibility to preserve electronic messages meeting the definition of a federal record by using DHS Form EM 210, or your component's equivalent form. Listed below are some messages covered by this requirement:

- Text Messages
- Messaging applications
- Social media messaging applications

DHS requires the use of the attestation forms when offboarding, relinquishing, or replacing an electronic mobile device.

Please contact your respective Records Officer or Records Liaison to obtain your component's Electronic Messaging Retention and Attestation form.

☐ **I hereby certify that I have read and understand my responsibilities in completing the Electronic Messaging Retention and Attestation form.**

*Select the checkbox to proceed*