IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, MARCO A. RUBIO, and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION<br><br>Defendants. | Case No. 25-cv-03699 |

### SUPPLEMENTAL DECLARATION OF MICHAEL WEISSMAN
### U.S. DEPARTMENT OF HOMELAND SECURITY

I, Michael Weissman, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and documents and information made known or available to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows:

1.  I am the Executive Director of the Chief Data Officer Directorate ("CDOD") within the Office of the Chief Information Officer ("OCIO") for the U.S. Department of Homeland Security ("DHS" or "Department"). I am also the Chief Data Officer for DHS. I have held both positions since October 22, 2023.

2.  OCIO is responsible for implementing the programs necessary to align DHS' Information Technology personnel, resources, and assets.[1] DHS' records management responsibilities are housed within CDOD, in the Records and Information Management

---
[1] https://www.dhs.gov/office-chief-information-officer

1

Division. The Department's Records Officer leads this division and reports to me. Based on my position, I am familiar with the Department's policies on records management and the efforts of Department headquarters personnel to preserve electronic messages (i.e., text messages or messages sent on messaging platforms, collectively referred as "electronic messages"). I make this declaration based on my personal knowledge and information that has been provided to me as part of my official duties. This Declaration supplements my prior Declaration in this matter, dated October 30, 2025, which provided an overview of DHS' policy on records management.

## EFFORTS TO PRESERVE ELECTRONIC MESSAGES FOR RECORDS CUSTODIANS SUBJECT TO FIVE OF THE SIX FOIA REQUESTS

3. This declaration provides an update on DHS OCIO's efforts to preserve text messages related to Plaintiffs' FOIA requests numbered 2025-HQFO-05367, 2025-HQFO-05951, 2025-HQFO-05952, 2025-HQFO-06105, and 2025-HQFO-06107, as described in Paragraphs 8-12 of the Pavlik-Keenan Declaration of October 30, 2025.

4. The above listed FOIA requests in paragraph 3 asked for the electronic messages of the following DHS Officials:

   a. Kristi Noem, Secretary

   b. Troy Edgard, Deputy Secretary

   c. Andrew Whitaker, Executive Secretary

   d. Joseph Mazzara, Acting General Counsel

   e. Rob Law, Senior Advisor

   f. Tony Pham, Senior Advisor

   g. Philip Hegseth, Senior Advisor

      h. Corey Lewandowski, Special Government Employee

      i. Anyone serving as Chief of Staff.

5. As stated in the Pavlik-Keenan Declaration, dated October 30, 2025, paragraph 15, with regard to FOIA Requests 2025-HQFO-05951 and 2025-HQFO-05952, the DHS Privacy Office (PRIV) mistakenly stated that it was unable to locate or identify any responsive records as DHS no longer had the capability to conduct a search of electronic messages. After further review, PRIV acknowledged that OCIO could still conduct searches for electronic messages consistent with existing DHS records management policy, which requires custodians to manually save screen shots of electronic messages that contain federal records to DHS systems. This mistake led to a premature response being issued.

6. To most expeditiously collect and confirm preservation of the electronic messages for these DHS Officials, OCIO deployed technicians to manually access the device and archive a copy of the device, including all electronic messages. As of November 14, 2025, OCIO has completed this effort for all of the officials named above (except Tony Pham, who is discussed in paragraph 7 below). These copies are being stored on a secure, restricted OCIO server. A notice to preserve documents and electronic records that relate to the subject matter of the complaint in this case has also been issued to each of these officials.

7. One employee, Tony Pham, onboarded with DHS on January 16, 2025, and off-boarded February 26, 2025. OCIO searched the TeleMessage archive on November 10, 2025, and located electronic messages for this employee. These messages have not yet been reviewed to determine if they are responsive to the American Oversight FOIA requests listed above.

8. Now that the records have been successfully downloaded, OCIO, in consultation with PRIV, will conduct a search of potentially responsive records based on search terms and

dates requested pursuant to the FOIA requests. Any responsive records will be sent to PRIV to process.

## EFFORTS TO PRESERVE ELECTRONIC MESSAGES FOR RECORDS CUSTODIANS SUBJECT TO 2025-HQFO-06111

9. This declaration provides an update on DHS OCIO's efforts to preserve text messages related to Plaintiffs' FOIA Request 2025-HQFO-06111, as described in Paragraph 13 of the Pavlik-Keenan Declaration of October 30, 2025.

10. FOIA Request 2025-HQFO-06111 asked for the text messages of the following DHS Officials:

   a. Roman Jankowski, Chief Privacy Officer and Chief Freedom of Information Officer

   b. James Holzer, Deputy Chief Privacy Officer

   c. Catrina Pavlik-Keenan, Deputy Chief Freedom of Information Act Officer

   d. Jimmy Wolfrey, Senior Director, FOIA Operations and Management

   e. Eric Neuschaefer, Senior Director, FOIA Litigation and Policy

   f. Korrina Stewart, Acting Public Liaison, Privacy Office

   g. Anyone serving as Chief of Staff or Senior Advisor to the Chief Privacy Officer or Chief Freedom of Information Officer (PRIV has identified this individual as Sandra Taylor).

11. OCIO consulted with PRIV regarding the search for text messages for the Officials identified above. PRIV has confirmed that it has contacted all Officials currently employed with PRIV to arrange to have their devices searched for text messages responsive to this FOIA request. Moreover, PRIV has confirmed that it has completed its search of the

devices for all but one such Official.  PRIV advised that three of the Officials listed above have since left PRIV.  PRIV has issued a search tasker to OCIO to conduct a search for messages of the three former employees.

### DHS' RESPONSE TO NARA INQUIRY

12.     Regarding the DHS Response to NARA's inquiry, this was received on September 3, 2025, and was due back to NARA on October 3, 2025. DHS's response has been delayed by the government shutdown. Now that the shutdown has ended, DHS will finalize its response letter and send it back to NARA. DHS anticipates sending the response letter to NARA within 10 business days of the end of the government shutdown.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.  Signed this XX day of November 2025.

                                            _____
                                            Michael Weissman
                                            Chief Data Officer,
                                            Executive Director
                                            Chief Data Officer Directorate
                                            Office of the Chief Information Officer
                                            U.S. Department of Homeland Security