U.S. Department of Homeland Security
Washington, DC 20528



December 8, 2025

William Fischer
Chief Records Officer for the U.S. Government (Acting)
The National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740

Dear Mr. Fischer,

In accordance with 36 C.F.R. § 1230, I am writing in response to your inquiry of an allegation regarding potential unauthorized disposition of records within our department. After researching the matter, we found no evidence that electronic messages of DHS officials were at risk of unauthorized destruction, or improperly handled.

DHS considers electronic messages to include standard SMS text messages, iMessages, as well as messages sent using encrypted messaging platforms.  DHS users may not load unapproved applications onto DHS devices.  DHS regards communications via approved applications on DHS devices as official electronic messaging accounts for purposes of records preservation and retention.

During our discussion on August 27, 2025, you inquired about Telemessage software usage.  DHS used Telemessage from September 29, 2023 to April 9, 2025 for select employees, mostly 'Capstone' officials, which include senior officials. This reduced the burden on these officials to manually archive electronic messages. Prior to employing Telemessage, these DHS employees were required to manually archive their electronic messages.  In April 2025, DHS disabled Telemessage due to cybersecurity concerns and compromised software.  On April 7, the CIO messaged employees to remind them that "All work-related communications and records are considered official government records and must be preserved, regardless of format" and to "Ensure any auto-delete features are disabled and ensure that you are retaining all messages on your DHS work device". During our video call in response to your question, how are the records being captured, I stated that the records are captured manually by the employee, i.e., the same method that was used prior to Telemessage.

Consistent with law and regulation, DHS policy requires that all DHS employees must preserve electronic messages when conducting official DHS business on approved applications (e.g., iMessage, Signal, and WhatsApp) and when the electronic messages qualify as federal records. The Department provides tools, training, and clear policies to help employees understand and follow these rules. These policies are shared with employees through official guidance, including the following:

- **DHS Policies 141-01, 141-01-001 and 141-03:** These policies all inform employees about the need to preserve federal records.

- **Retention and Attestation Form (DHS Form EM 210):** This form helps employees decide if their electronic messages are federal records and explains how to save them. Employees must confirm they are following these rules, ensuring accountability.

- **Quick Reference Guide:** DHS provides instructions for saving text messages, photos, and videos, including metadata, so they can be accessed and retrieved as required by federal regulations.

The statement made by DHS in response to American Oversight's FOIA requests was made in error and did not accurately describe DHS's policies. DHS policy requires the retention of all electronic federal records, as required by law.  The processing error occurred based on a misunderstanding by an individual in the FOIA office regarding how

1

to pull archived records when responding to American Oversight's FOIA requests. DHS has since corrected its response to this request. We do not believe that there has been a destruction of records, and DHS has uncovered no evidence that any federal records have been destroyed. DHS is currently re-doing its search subject to their requests and will provide a new response to American Oversight once this new search is complete.

We hope this explanation addresses your concerns. Should you have any further questions or require additional information, please do not hesitate to contact me at michelle.thomas@hq.dhs.gov.

Sincerely,

*Michelle Thomas*

Ms. Michelle Thomas
Department Records Officer
Department of Homeland Security

2